# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James Isaac Drayton ,

       Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                                  3:10-CV-252

State of North Carolina
 and Theofanis Nixon,

       Defendant(s).


DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 29, 2010 Order.


                                      Signed: June 29, 2010

                                      Frank G. Johns, Clerk
                                      United States District Court